~~SEALED~~

United States Courts
Southern District of Texas
FILED

SEP 24 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| HUGO JIMENEZ, JR., and MARY CURLOTT | § § § | C 25- 465 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Beginning from on or about October 10, 2024, and continuing to on or about May 23, 2025, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

HUGO JIMENEZ, JR., and
MARY CURLOTT,

did knowingly and in reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conspire and agree together, with each other, and other persons known and unknown to the Grand Jury, to transport, move, attempt to transport, and attempt to move said aliens within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

### COUNT TWO

On or about February 17, 2025, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

HUGO JIMENEZ, JR.,

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of Government of the

United States by stating he was never involved in alien smuggling when petitioning the United States Customs and Border Protection for the return of seized property seized during an alien smuggling event, and defendant then and there knew he was involved in alien smuggling.

In violation of Title 18, United States Code, Sections 1001(a)(2).

A TRUE BILL:

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: *(signature)*
JOHN LAMONT
Assistant United States Attorney